IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIO LA-SHAUN CRUZ, | : | Civil No. 3:17-CV-01479 |
| Petitioner, | : | |
| v. | : | |
| DAVID J. EBBERT, | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, this 10th, day of July, 2020, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** for lack of jurisdiction. (Doc. 1.)

2. Petitioner's motions to supplement and amend are **DENIED**. (Doc. 14 and 16.)

3. The Clerk of Court is directed to mark this case as **CLOSED**.

s/ Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania